ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA         :   NOTICE OF INTENT
                                     TO FILE AN INFORMATION
        -v.-
                                     08 Cr.
SCOTT WOOD,                      :
    a/k/a "spacey",
                                 :
            Defendant.
                                 :
------------------------------------X

08CRIM 130

JUDGE CASTEL

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          January 25, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                          By:   _____
                                Lee Renzin
                                Assistant United States Attorney

                                AGREED AND CONSENTED TO:

                          By:   _____
                                Mark Gombiner, Esq.
                                *Attorney for the defendant*

ELECTRONICALLY FILED

1/28/08 WHEEL A