**08CRIM 130**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION |
| -v.- | : | 08 Cr. |
| SCOTT WOOD, a/k/a "spacey", | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### COUNT ONE

The United States Attorney charges:

From at least in or about January 2006, up to and including in or about March 2006, in the Southern District of New York and elsewhere, SCOTT WOOD, a/k/a "spacey", the defendant, unlawfully, willfully, and knowingly did receive and distribute materials that contained child pornography and that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, WOOD received and distributed computer files containing images of child pornography on the Internet.

(Title 18, United States Code, Section 2252A(a)(2)(B).)

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FEB 15 2008