**08CRIM 130**

JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA           :

       -v.-                        :     08 Cr.

SCOTT WOOD,                        :
    a/k/a "spacey",
                                  :
           Defendant.
                                  :
------------------------------------X

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 2252A(a)(2)(B), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _____
                                                Defendant

                                                _____
                                                Witness

                                                _____
                                                Counsel for Defendant

Date:    New York, New York
           February 15, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 15 2008
```