# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392



Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

## MEMO ENDORSED

April 16, 2008



Hon. P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Scott Wood**
    08 Cr. 130 (PKC)

Your Honor:

*[Handwritten endorsement: Sentencing adjourned from May 21 to June 24, 2008 at 9:45 a.m. SO ORDERED. P. Kevin Castel USDJ 4-18-08]*

At the request of U.S.P.O. Emily Frankelis and with the consent of the government, I am writing to request that Mr. Wood's sentencing, presently scheduled for May 21, 2008, be adjourned for approximately one month. Due to the complexity of the case, Ms. Frankelis needs some additional time to complete the Presentence Report. Accordingly, so that Mr. Wood has adequate time to review and comment on the report, we are requesting an adjournment of the sentencing.

Respectfully submitted,

Mark B. Gombiner
Attorney for Scott Wood

cc: A.U.S.A. Lee Renzin