

# Federal Defenders
## OF NEW YORK, INC.

Leonard F. Joy
*Executive Director*

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

June 17, 2008

## MEMO ENDORSED

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Scott Wood**
    **08 CR. 130 (PKC)**

Your Honor:

    I am writing to request that the sentencing of Mr. Wood, presently scheduled for June 24, 2008 be adjourned for approximately one month. I am requesting this adjournment because I need this time to adequately prepare an appropriate sentencing submission for this extremely serious case.

    Mr. Wood, who is just 22 years old, has pled guilty to one count information charging distribution of child pornography in violation of Title 18, U.S.C. §2252(A)(a)(2)(b). The maximum penalty for the offense is 20 years and there is a five year mandatory minimum sentence. The Probation Office's Presentence Report calculates that Mr. Wood has a sentencing guideline range of 210-240 months.

    There are a number of complicated and important psychological and sentencing guideline issues that need to be addressed with respect to Mr. Wood's sentence. Based on my schedule and other work responsibilities, I am asking that the Court adjourn his sentence for approximately one month so that I may properly present my sentencing arguments on behalf of Mr. Wood.

    The government consents to this request for an adjournment.

Respectfully submitted,

Mark B. Gombiner
Attorney for Scott Wood

cc: A.U.S.A. Lee Renzin