**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

Leonard F. Joy
*Executive Director*



Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 17, 2008

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Scott Wood**
    **08 CR. 130 (PKC)**

Your Honor:

    With the consent of the government, I am requesting that Mr. Wood's sentencing, presently scheduled for July 24, 2008 be adjourned until August 5, 2008. I am making this request because, due to a number of unexpected matters that arose this week, I will not be able to submit my sentencing submission until next week. Accordingly, so that the government has an opportunity to respond, I am seeking the adjournment.

    As noted, the government consents to this request for an adjournment.

Respectfully submitted,

Mark B. Gombiner
Attorney for Scott Wood

cc: A.U.S.A. Lee Renzin

*[Handwritten endorsement: Sentencing adjourned from July 24 to August 5, 2008 at 11:00 a.m. SO ORDERED. USDJ 7-17-08]*